IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00028-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CANDELARIA VALLEJO-GALLO,
2. KENIA VALLEJO-GALLO,
3. LUIS GERARDO PALACIOS,
4. EBER URIEL PEREZ-RAMIREZ,
5. ROSAURA VALLEJO-GALLO, a/k/a "PELIGROS"
6. CHRISTIAN PALACIOS, a/k/a "MICHI" a/k/a "MICHIGAN"
7. GRECIA STEPHANIE TORRES-PABLO, a/k/a "LA GORDA"
8. ALEXIS AARON HERNANDEZ-REYES,
9. JAVIER ALEJANDRO VALLEJO-GALLO,
10. JOSE TOMAS DENES-TORRES,
11. JESUS RUIZ VELASCO-OCHOA, a/k/a "GORDO"
12. HUMBERTO GASTELUM-VERDUGO,
13. ENRIQUE RAUL MONTOYA-ARCE, a/k/a "PAPO"
14. JESUS ANTILLO-QUINTERO,
15. MARIA GUADALUPE SANCHEZ-GAYTAN, a/k/a "LUPITA"

    Defendants.

## GOVERNMENT'S NOTICE OF POTENTIAL EXHIBITS

NOW COMES the United States of America, by the undersigned Assistant United States Attorney, and gives notice that the government may use the following photographs as exhibits in support of its argument for detention of the individuals charged in the above-captioned case.


















7



This notice is not intended to be comprehensive, and the government may introduce other exhibits at the detention hearing.

RESPECTFULLY SUBMITTED,

JASON R. DUNN
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

BY: /s/ Cyrus Y. Chung
Cyrus Y. Chung
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone (303) 454-0100
Fax (303) 454-0409
cyrus.chung@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all email addresses of record.

                                          By: *s/Cyrus Y. Chung*
                                        Cyrus Y. Chung
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        1801 California Street, Suite 1600
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        Fax: (303) 454-0405
                                        E-mail: cyrus.chung@usdoj.gov
                                        Attorney for the United States